UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ                             ) | |
| (DROSPIRENONE) MARKETING, SALES     ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY   ) | |
| LITIGATION                                                   ) | MDL No. 2100 |
|                                                      ) | |

**This Document Relates to:**

| | |
|---|---|
| *Penelope Ellis v. Bayer Corporation, et al.* | No. 11-cv-12051-DRH |
| *Andrea Erickson v. Bayer Corporation, et al.* | No. 10-cv-13525-DRH |
| *Stacie Ford v. Bayer Corporation, et al.* | No. 09-cv-20113-DRH |
| *Lisa Ptitman v. Bayer Corporation, et al.* | No. 10-cv-13530-DRH |
| *Shaterica Wilson v. Bayer Corporation, et al.* | No. 09-cv-20110-DRH |
| *Christina Dolbeare v. Bayer Corporation, et al.* | No. 09-cv-10010-DRH |
| *Pamela Gandy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10380-DRH |
| *Kimberly Hayden v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12674-DRH |
| *Stacy VanDerveer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12851-DRH |
| *Amy Cox v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10058-DRH |
| *Crystal Taylor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10851-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

    **DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 31, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY: /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.09.02
08:59:09 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

2